

# NUMBER 13-12-00643-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

GOODNESS OUTREACH DEPOT,
WILLIAM T. FLETCHER AND
RACHELLE L. FLETCHER,                                  **Appellants,**

**v.**

THE FROST NATIONAL BANK,                              **Appellee.**

### On appeal from the 17th District Court
### of Tarrant County, Texas.

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Benavides and Longoria
### Memorandum Opinion Per Curiam

Appellants, Goodness Outreach Depot, William T. Fletcher, and Rachelle L. Fletcher, perfected an appeal from a judgment entered by the 17th District Court of Tarrant County, Texas, in cause number 017-257183-11. Appellants have filed an

unopposed motion to dismiss the appeal on grounds that the parties have compromised and settled their claims. Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


PER CURIAM

Delivered and filed the
18th day of April, 2013.